UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

James J. Ballas, Jr.

    Plaintiff,

v.

Unum Life Insurance Company of America,

    Defendant.

Case No. 08-C-563

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Based upon the Stipulation of the parties [Docket No. 27], it is –

ORDERED:

That the Stipulation [Docket No. 27] is APPROVED, and this matter is dismissed with prejudice and on the merits and without an award of costs and attorneys' fees to any party.

Dated: August 25, 2009

BY THE COURT:

*Barbara B. Crabb*
The Honorable Barbara B. Crabb
Chief Judge

KM: 4834-8728-1924, V. 1